IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:06-CR-0434 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| AMAURIS SANCHEZ | : | |

## ORDER

AND NOW, this 20th day of February, 2007, upon consideration of the government's Motion to Dismiss Indictment and for the reasons stated therein, the Motion is **GRANTED**. The indictment filed in the above captioned case is hereby dismissed.

_____
Christopher C. Conner
District Court Judge

FILED
HARRISBURG
FEB 20 2007
MARY E. D'ANDREA, CLERK
Per_____